# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 819 CAP |
| Appellee | : |
| v. | : |
| RICHARD ANDREW POPLAWSKI, | : |
| Appellant | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 30th day of April, 2025, the Notice of Appeal is **QUASHED.** *See In re Merrick's Estate*, 247 A.2d 786, 787-88 (Pa. 1968) (explaining that an appeal does not lie from an order denying reconsideration); *see also* Pa.R.A.P. 313(b) (defining a collateral order); *Shearer v. Hafer*, 177 A.3d 850 (Pa. 2018) (holding that the collateral order doctrine is to be narrowly construed and that the failure to satisfy all three prongs precludes its application).